LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

December 18, 2024

**REQUEST GRANTED.**
The Sentencing hearing previously set for January 10, 2025 is rescheduled to February 26, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

12/20/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Via ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Robert Jose Vargas-Paulino**, 23-cr-577 (LJL)

Dear Judge Liman:

    I am CJA counsel to Roberto Jose Vargas-Paulino. I write, with no objection from the government, to request a 60-day adjournment of Mr. Vargas-Paulino's sentencing, currently scheduled for January 10, 2025.

    I am still in the process of collecting materials that I believe are necessary to prepare a thorough sentencing submission on Mr. Vargas-Paulino's behalf, including letters of support.

    Therefore, with no objection from the government, the defense respectfully requests a 60-day adjournment of Mr. Vargas-Paulino's sentencing.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

David S. Greenfield

cc:   All Parties (via ECF)